IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DANIEL REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv939-m |
| | ) |
| SETTLEMENT CAPITAL CORP., | ) (Removed from the Circuit Court of |
| TRAVELERS LIFE AND ANNUITY CO., | ) Montgomery County, CV-05-2236) |
| THE TRAVELERS LIFE INSURANCE | ) |
| CO., THE TRAVELERS INDEMNITY | ) |
| CO., and TRAVELERS PROPERTY | ) |
| CASUALTY CORP., | ) |
| | ) |
| Defendants. | ) |

## JOINDER IN NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, *et seq.*, Defendant Settlement Capital Corporation, hereby gives notice of its joinder in the removal of this action from the Circuit Court of Montgomery County, Alabama, where it is now pending, to the United States District Court for the Middle District of Alabama, Northern Division.

DATED this 30th day of September, 2005.

Respectfully submitted,

_____
JOSEPH D. STEADMAN (STEAJ8542)
Dodson & Steadman, P.C.
P. O. Box 1908
Mobile, AL 36633-1908
Phone: 251-690-9300
Fax:   251-690-9311
Jds@dodsonsteadman.com
Attorney for Defendant
Settlement Capital Corporation