IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 OCT -3 A 10: 19

| | |
|---|---|
| ROBERT DANIEL REEVES, <br><br> Plaintiff, <br><br> v. <br><br> SETTLEMENT CAPITAL CORP., TRAVELERS LIFE AND ANNUITY CO., THE TRAVELERS LIFE INSURANCE CO., THE TRAVELERS INDEMNITY CO., and TRAVELERS PROPERTY CASUALTY CORP.; <br><br> Defendants. | Civil Action No. 2:05cv939-m <br><br> (Removed from the Circuit Ct. of Montgomery County, CV-05-2236) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 regarding Corporate Disclosure Statements, Defendant Metropolitan Life Insurance Company identifies MetLife, Inc.

/s/ Laura Palmer
James S. Christie, Jr. (CHR011)
Laura A. Palmer (PAL019)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Attorneys for Defendants
Travelers Life and Annuity Co., The Travelers Life Insurance Co., The Travelers Indemnity Co., and Travelers Property Casualty Corp. (properly known as Metropolitan Life Insurance Company)

1/1379146.1

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

> J. Knox Argo, Esq.
> J. Knox Argo, P.C.
> 6706 Taylor Circle
> Montgomery, AL 36117
> Phone: (334) 279-0088
> Fax:    (334) 279-8830
> knox@jknoxargopc.com
> Attorney for Plaintiff

> Joseph D. Steadman, Esq.
> Dodson & Steadman, P.C.
> P.O. Box 1908
> Mobile, AL 36633-1908
> Phone: (251) 690-9300
> Fax:    (251) 690-9311
> jds@dodsonsteadman.com
> Attorney for Defendant
> Settlement Capital Corporation

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 30th day of September, 2005.

> Respectfully submitted,
>
> /s/ Laura Palmer
> James S. Christie, Jr. (CHR011)
> Laura A. Palmer (PAL019)
> Bradley Arant Rose & White LLP
> 1819 Fifth Avenue North
> Birmingham, AL  35203
> Telephone: (205) 521-8000
> Facsimile: (205) 521-8800
> lpalmer@bradleyarant.com

1/1379146.1