**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT DANIEL REEVES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )    CIVIL ACTION NO. **2:05-cv-939** |
| | ) |
| **SETTLEMENT CAPITAL CORP.,** | ) |
| **TRAVELERS LIFE AND ANNUITY CO.,** | ) |
| **THE TRAVELERS LIFE INSURANCE** | ) |
| **CO., THE TRAVELERS INDEMNITY** | ) |
| **CO., and TRAVELERS PROPERTY** | ) |
| **CASUALTY CORP.,** | ) |
| | ) |
| **Defendants.** | ) |

**ANSWER TO COMPLAINT**

COMES NOW the Defendant ,Settlement Capital Corporation, and responds to the Plaintiff's Complaint as follows:

**FIRST DEFENSE
(Admissions and Denials)**

1. Admitted.

2. Admitted as to citizenship and principal place of business, denied as to remaining allegations.

3. This allegation is not directed at this Defendant.

4. This allegation is not directed at this Defendant.

5. This allegation is not directed at this Defendant.

6. This allegation is not directed at this Defendant.

7. This allegation is not directed at this Defendant.

8. Admitted.

9. Admitted that the quoted language appears in the referenced order. Denied as to remaining allegations.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Admitted as to the documents granting Settlement Capital Corporation a security interest. Denied as to remaining allegations.

20. Denied.

In response to Plaintiff's prayer for relief, Settlement Capital Corporation denies that Plaintiff is entitled to any judgment or award, damages, benefits, or injunction requested in his Complaint, and further that Plaintiff is not entitled to recover attorneys' fees or costs.

## SECOND DEFENSE

The Complaint and each count thereof fail to state a claim upon which relief can be granted.

## THIRD DEFENSE

Plaintiff's claims are barred by the statute of limitations.

## FOURTH DEFENSE

Plaintiff's recovery is barred by the doctrine of estoppel.

## FIFTH DEFENSE

Plaintiff's recovery is barred by the doctrine of acquiescence.

## SIXTH DEFENSE

Plaintiff's recovery is barred by the doctrine of ratification.

## SEVENTH DEFENSE

Plaintiff is barred from recovery by the doctrine of waiver.

## EIGHTH DEFENSE

Plaintiff is barred from recovery by the doctrine of laches.

## NINTH DEFENSE

Plaintiff has failed to plead fraud with the requisite specificity as required by Rule 9(b).

DATED this 7th day of October, 2005.

Respectfully submitted,

/s/ Joseph D. Steadman
JOSEPH D. STEADMAN (STEAJ8542)
Dodson & Steadman, P.C.
P. O. Box 1908
Mobile, AL 36633-1908
Phone:  251-690-9300
Fax:     251-690-9311
Jds@dodsonsteadman.com
Attorney for Defendant
Settlement Capital Corporation

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of October, 2005, served a true and correct copy of the foregoing upon all parties to this cause, or their attorneys of record, by placing same in the United States Mail, postage prepaid, and addressed to their regular mailing addresses as follows:

J. Knox Argo, Esq.
6706 Taylor Circle
Montgomery, AL 36117
know@jknoxargopc.com

James S. Christie, Jr., Esq.
Laura A. Palmer, Esq.
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203
lpalmer@bradleyarant.com

/s/ Joseph D. Steadman
Of Counsel