IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DISTRICT

| | |
|---|---|
| ROBERT DANIEL REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SETTLEMENT CAPITAL CORPORATION, TRAVELERS LIFE AND ANNUITY COMPANY, THE TRAVELERS LIFE INSURANCE COMPANY, THE TRAVELERS INDEMNITY COMPANY, and TRAVELERS PROPERTY CASUALTY CORPORATION, | ) CIVIL ACTION NO. 2:05-cv-939 |
| | ) |
| Defendants. | ) |

## JURY DEMAND

Plaintiff, Robert Daniel Reeves (hereinafter "Reeves") hereby demands that all issues herein be tried by a jury.

_____
Attorney for Plaintiff

J. Knox Argo (ARG001)
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, Alabama 36117
Telephone: (334) 279-0088
Telecopier: (334) 279-8830

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing on the the below named attorneys by delivering such to them via email at the email addresses shown below or by delivering such to the said attorneys on this the 19th day of October 2005.

Joseph D. Steadman  
Dodson & Steadman, P.C.    **Jds@dodsonsteadman.com**  
P. O. Box 1908  
Mobile, AL 36633-1908

James S. Christie, Jr.    **jchristie@bradleyarant.com**  
Laura A. Palmer    **lpalmer@bradleyarant.com**  
Bradley Arant Rose & White  
1819 Fifth Avenue North  
Birmingham, AL 35203

_____  
J. Knox Argo