**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 28, 2005

# NOTICE OF REASSIGNMENT

Re:   Robert Daniel Reeves v. Settlement Capital, et al.
      Civil Action No. #2:05-cv-00939-VPM

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #2:05-cv-00939-MEF-VPM.  This new case number should be used on all future correspondence and pleadings in this action.