**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 22, 2005

# NOTICE OF CORRECTION

**To:**               **All Counsel of Record**

**From:**             **Clerk's Office**

**Case Style:**       **Robert Daniel Reeves v. Settlement Capital Corporation, et al.**

**Case Number:**      **#2:05-cv-0939-MEF-VPM**

**Referenced Document:**   **Document #11**
                           **Answer, Cross-Claim and Counterclaim for Declaratory Judgment**

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain signatures on the pleading nor the certificate of service. The corrected pdf is attached to this notice.**