## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT DANIEL REEVES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| **SETTLEMENT CAPITAL CORP.,** | ) | **2:05-CV-939-F** |
| **TRAVELERS LIFE AND ANNUITY CO.,** | ) | |
| **THE TRAVELERS LIFE INSURANCE** | ) | |
| **CO., THE TRAVELERS INDEMNITY CO.,** | ) | |
| **and TRAVELERS PROPERTY** | ) | |
| **CASUALTY CORP.;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CONSENT MOTION TO WITHDRAW

With all Parties' consent, James S. Christie, Jr. and Laura A. Palmer of Bradley Arant Rose & White LLP, counsel of record for The Travelers Indemnity Co. and Travelers Property Casualty Corp., move the Court for permission to withdraw as counsel for The Travelers Indemnity Co. and Travelers Property Casualty Corp. In support, movants state as follows:

1.    Joseph H. Young of Hogan & Hartson, LLP and D. Wayne Rogers, Jr. of Rogers & Associates have appeared on behalf of and will represent The Travelers Indemnity Co. and Travelers Property Casualty Corp.

1/1396573.1

2.      No party will be prejudiced by the withdrawal of James S. Christie, Jr., and Laura A. Palmer, as counsel for The Travelers Indemnity Co. and Travelers Property Casualty Corp.

3.      James S. Christie, Jr., and Laura A. Palmer of Bradley Arant Rose & White LLP will continue to represent Defendants Travelers Life and Annuity Co. and The Travelers Life Insurance Co. (both of whom are properly known as "Travelers Life and Annuity Co.") in this matter.

WHEREFORE, James S. Christie, Jr., and Laura A. Palmer respectfully request to withdraw as counsel for The Travelers Indemnity Co. and Travelers Property Casualty Corp.

S/ Laura A. Palmer
<hr>
James S. Christie (CHR011)
Laura A. Palmer (PAL019)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
lpalmer@bradleyarant.com
Attorneys for Defendant TLAC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Knox Argo, Esq.
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117
Phone: (334) 279-0088
Fax:   (334) 279-8830
knox@jknoxargopc.com
Attorney for Plaintiff

Joseph D. Steadman, Esq.
Dodson & Steadman, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
Phone: (251) 690-9300
Fax:   (251) 690-9311
jds@dodsonsteadman.com
Attorney for Defendant
Settlement Capital Corporation

D.Wayne Rogers, Jr.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
(205) 982-4620
wrogers1@travelers.com

Joseph H. Young
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700
jhyyoung@hhlaw.com
Attorneys for The Travelers Indemnity Co.
and Travelers Property Casualty Corp.

and I hereby certify that I have mailed by United States Postal Service on this 8th day of December, 2005 the document to the following non-CM/ECF participants:

None.

S/Laura A. Palmer
Laura A. Palmer (PAL019)
One of the Attorneys for Defendant TLAC
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Phone:  (205) 521-8000
lpalmer@bradleyarant.com