IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT DANIEL REEVES** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| **SETTLEMENT CAPITAL CORP.,** | ) | **2:05-CV-939-F** |
| **TRAVELERS LIFE AND ANNUITY CO.,** | ) | |
| **THE TRAVELERS LIFE INSURANCE** | ) | |
| **CO., THE TRAVELERS INDEMNITY CO.,** | ) | |
| **and TRAVELERS PROPERTY** | ) | |
| **CASUALTY CORP.;** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## TLAC'S MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER TO PLAINTIFF'S COMPLAINT

Defendants Travelers Life and Annuity Co. and The Travelers Life Insurance Co. (hereinafter collectively referred to as "TLAC"), pursuant to 15(a) of the Federal Rules of Civil Procedure, file this motion for leave to file its first amended answer, a copy of which is attached hereto as Exhibit A.  In support of this motion, TLAC states as follows:

1.      Defendants Traveler Indemnity Co. and Travelers Property Casualty Corp. now have separate counsel from TLAC.

1/1396570.1

2. TLAC wishes to clarify its proper name and otherwise amend its answer as reflected in the attached proposed amendment.

WHEREFORE, TLAC respectfully requests that the Court grant its motion for leave to file the attached amended answer.

S/ Laura A. Palmer
James S. Christie (CHR011)
Laura A. Palmer (PAL019)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com
lpalmer@bradleyarant.com
Attorneys for Defendants
Travelers Life and Annuity Co. and
The Travelers Life Insurance Co.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    J. Knox Argo, Esq.
    J. Knox Argo, P.C.
    6706 Taylor Circle
    Montgomery, AL 36117
    Phone: (334) 279-0088
    Fax:   (334) 279-8830
    knox@jknoxargopc.com
    Attorney for Plaintiff

    Joseph D. Steadman, Esq.
    Dodson & Steadman, P.C.
    P.O. Box 1908
    Mobile, AL 36633-1908
    Phone: (251) 690-9300
    Fax:   (251) 690-9311
    jds@dodsonsteadman.com
    Attorney for Defendant
    Settlement Capital Corporation

    D.Wayne Rogers, Jr.
    Rogers & Associates
    3000 Riverchase Galleria, Suite 650
    Birmingham, AL 35244
    (205) 982-4620
    wrogers1@travelers.com

    Joseph H. Young
    Hogan & Hartson, LLP
    111 S. Calvert Street, Suite 1600
    Baltimore, MD 21202
    (410) 659-2700
    jhyyoung@hhlaw.com
    Attorneys for The Travelers Indemnity Co.
    and Travelers Property Casualty Corp.

and I hereby certify that I have mailed by United States Postal Service on this 9th day of December, 2005 the document to the following non-CM/ECF participants:

    None.

                            <u>S/Laura A. Palmer</u>
                            Laura A. Palmer (PAL019)
                            One of the Attorneys for Defendant
                            Bradley Arant Rose & White LLP
                            1819 Fifth Avenue North
                            Birmingham, AL 35203
                            Phone:  (205) 521-8000
                            lpalmer@bradleyarant.com