IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DANIEL REEVES ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | |
| ) | 2:05-CV-939-F |
| SETTLEMENT CAPITAL CORP., ) | |
| TRAVELERS LIFE AND ANNUITY CO., ) | |
| THE TRAVELERS LIFE INSURANCE ) | |
| CO., THE TRAVELERS INDEMNITY CO., ) | |
| and TRAVELERS PROPERTY ) | |
| CASUALTY CORP.; ) | |
| ) | |
|    Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 regarding Corporate Disclosure Statements, Defendant Travelers Life and Annuity Co. ("TLAC") states that it is a wholly-owned subsidiary of MetLife, Inc.

1/1379146.2

2

                              Respectfully Submitted,

                                  S/ Laura A. Palmer
                             James S. Christie (CHR011)
                             Laura A. Palmer (PAL019)
                         Bradley Arant Rose & White LLP
                            1819 Fifth Avenue North
                           Birmingham, AL 35203-2104
                             Telephone: (205) 521-8000
                             Facsimile: (205) 521-8800
                             lpalmer@bradleyarant.com

                              Attorneys for Defendants
                    Travelers Life and Annuity Co. and The
                         Travelers Life Insurance Co.
                          (properly known as "TLAC")

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Knox Argo, Esq.
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117
Phone: (334) 279-0088
Fax:   (334) 279-8830
knox@jknoxargopc.com
Attorney for Plaintiff

Joseph D. Steadman, Esq.
Dodson & Steadman, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
Phone: (251) 690-9300
Fax:   (251) 690-9311
jds@dodsonsteadman.com
Attorney for Defendant
Settlement Capital Corporation

D.Wayne Rogers, Jr.
Rogers & Associates
3000 Riverchase Galleria, Suite 650
Birmingham, AL 35244
(205) 982-4620
wrogers1@travelers.com

Joseph H. Young
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
(410) 659-2700
jhyyoung@hhlaw.com
Attorneys for The Travelers Indemnity Co.
and Travelers Property Casualty Corp.

and I hereby certify that I have mailed by United States Postal Service on this 9th day of December, 2005 the document to the following non-CM/ECF participants:

    None.

S/Laura A. Palmer
Laura A. Palmer (PAL019)
One of the Attorneys for Defendant TLAC
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8000
lpalmer@bradleyarant.com
