# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT DANIEL REEVES** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | |
| **SETTLEMENT CAPITAL CORP.,** | ) | **2:05-CV-939-F** |
| **TRAVELERS LIFE AND ANNUITY CO.,** | ) | |
| **THE TRAVELERS LIFE INSURANCE** | ) | |
| **CO., THE TRAVELERS INDEMNITY CO.,** | ) | |
| **and TRAVELERS PROPERTY** | ) | |
| **CASUALTY CORP.;** | ) | |
| | ) | |
|    **Defendants.** | ) | |

## REPORT OF PARTIES' PLANNING MEETING

   1.   Pursuant to Fed.R.Civ.P.26(f), a meeting was held on <u>December 7, 2005</u> by telephone and was attended by:

  J. Knox Argo, Esq. for plaintiff

  Joseph D. Steadman, Esq. for defendant Settlement Capital Corporation

  D. Wayne Rogers, Jr., Esq. and Joseph H. Young, Esq. (*Pro Hac Vic* Motion to be filed) for defendants The Travelers Indemnity Co. and Travelers Property Casualty Corp.

  Laura A. Palmer for defendants
      Travelers Life and Annuity Co. and The Travelers Life Insurance Co.

    All parties to this law suit hereby agree to the foregoing Parties' Planning Report as of December 9, 2005.

2. **Disposition:**
   a. Travelers Life and Annuity Co. and The Travelers Life Insurance Co. are stakeholders only in this matter.

   b. Similarly, Travelers Indemnity Co. and Travelers Property Casualty Corp. do not claim an interest in the underlying payments, except to the extent of assuring that the payments are made in a manner that complies with applicable law and does not subject them to possible multiple liability by virtue of any dispute between the remaining parties.

3. **Pre-discovery Disclosures.** The parties will exchange by January 10, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects: <u>The contracts made between and among all parties in reference to the Settlement and Annuities created between Plaintiff and Settlement Capital Corporation.</u>

All discovery commenced in time to be completed by <u>May 12, 2006.</u>

Maximum of 25 interrogatories by each party to any other party. (Responses due 30 days after service.)

Maximum of 25 requests for admission by each party to any other party. (Responses due 30 days after service.)

Maximum of 5 depositions by plaintiff and 5 by defendants.

Each deposition limited to maximum of 7 hours per day and otherwise in accordance with FRCP 30(d) unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:
    from plaintiff(s) by <u>February 20, 2006</u>
    from defendant(s) by <u>March 20, 2006</u>

Supplementations under Rule 26(e) due <u>April 28, 2006.</u>

5.   **Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference in August 11, 2006.

Plaintiff should be allowed until February 20, 2006 to join additional parties and to amend the pleadings.

Defendants should be allowed until March 20, 2006 to join additional parties and until March 20, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by May 19, 2006.

Settlement cannot be evaluated prior to the end of discovery.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due
    from plaintiff and defendants by 45 days before trial

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3) .

The case should be ready for trial by August 21, 2006 and at this time is expected to take approximately 2 days.

**Date**: December 9, 2005

S/J. Knox Argo, Esq.

J. Knox Argo, Esq. (ARG001)
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117
Phone: (334) 279-0088
Fax:   (334) 279-8830
knox@jknoxargopc.com
Attorney for Plaintiff

s/Joseph D. Steadman
Joseph D. Steadman (STEAJ8542)
Dodson & Steadman, P.C.
P.O. Box 1908
Mobile, AL 36633-1908
Phone: (251) 690-9300
Fax:   (251) 690-9311
jds@dodsonsteadman.com
Attorney for Defendant
Settlement Capital Corporation

S/ D. Wayne Rogers, Jr., Esq.
D. Wayne Rogers, Jr., Esq. (ASB 4648-S80D)
3000 Riverchase Galleria
Rogers & Associates, Suite 650
Birmingham, AL 35244
Attorney for Defendants
The Travelers Indemnity Co. and
Travelers Property Casualty Corp.

S/Laura A. Palmer
Laura A. Palmer (PAL019)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
lpalmer@bradleyarant.com
Attorney for Defendants
Travelers Life and Annuity Co. and
The Travelers Life Insurance Co.