**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

December 9, 2005

# NOTICE OF CORRECTION

From:    Clerk's Office

Case Style:    Reeves v. Settlement Capital Corporation et al

Case Number:    2:05-cv-00939-F

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 16   filed on   December 9, 2005.**