IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DANIEL REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-939-F |
| | ) |
| SETTLEMENT CAPITAL | ) |
| CORPORATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendants' Motion to Amend/Correct Answer to Complaint (Doc. #14) filed on December 9, 2005, it is hereby

ORDERED that the plaintiff show cause in writing on or before December 22, 2005 as to why the motion should not be granted.

DONE this the 13th day of December, 2005.

                                                      /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE