IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT DANIEL REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:05-CV-939-F |
| | ) | |
| SETTLEMENT CAPITAL CORP., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 regarding Corporate Disclosure Statements, notice

is given that Defendants Travelers Indemnity Company and Travelers Property Casualty Corp.

are both wholly-owned subsidiaries of The St. Paul Travelers Companies, Inc., a publicly-traded

corporation.

Respectfully submitted,


/s/ D. Wayne Rogers, Jr.
John D. Gleissner
ROGERS & ASSOCIATES
Suite 650
Birmingham, Alabama  35244
Attorneys for Travelers Indemnity Company
and Travelers Property Casualty Corporation
(205) 982-4620
(205) 982-4630 – FAX
E-mail:  wrogers1@spt.com
ASB – 4648-S80D


Joseph H. Young
Hogan & Hartson, LLP
111 S. Calvert Street, Suite 1600
Baltimore, MD 21202
410-659-2700

Attorneys for Travelers Indemnity Company
and Travelers Property Casualty Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

J. Knox Argo, Esq.
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL  36117

Joseph D. Steadman
Dodson & Steadman, P.C.
P.O. Box 1908
Mobile, AL  36633-1908

James S. Christie, Jr.
Laura A. Palmer
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL  35203

/s/ D. Wayne Rogers, Jr.
John D. Gleissner
ROGERS & ASSOCIATES
Suite 650
Birmingham, Alabama  35244