**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 14, 2005

# NOTICE OF CORRECTION

**To:**             **All Counsel of Record**

**From:**           **Clerk's Office**

**Case Style:**     **Robert Daniel Reeves v. Settlement Capital Corporation, et al.**

**Case Number:**    **#2:05-cv-00939-MEF-VPM**

**Referenced Document:**   Document #16
Report of Rule 26(f) Planning Meeting

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf did not contain signatures. The corrected pdf is attached to this notice.**