IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT DANIEL REEVES,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **CIVIL ACTION NO. 2:05-cv-939-F** |
| | ) |
| **SETTLEMENT CAPITAL CORP.,** | ) |
| **TRAVELERS LIFE AND ANNUITY CO.,** | ) |
| **THE TRAVELERS LIFE INSURANCE** | ) |
| **CO., THE TRAVELERS INDEMNITY** | ) |
| **CO., and TRAVELERS PROPERTY** | ) |
| **CASUALTY CORP.,** | ) |
| | ) |
|    **Defendants.** | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 regarding Corporate Disclosure Statements, Defendant Settlement Capital Corporation states that it is a speciality finance company wholly owned by Set Cap Holdings Company, Inc. Neither Settlement Capital Corporation, Set Cap Holdings Company, Inc. or any affiliate thereof is publically traded.

DATED this 19th day of December, 2005.

                                                Respectfully submitted,

                                                /s/ Joseph D. Steadman
                                                JOSEPH D. STEADMAN (STEAJ8542)
                                                Dodson & Steadman, P.C.
                                                P. O. Box 1908
                                                Mobile, AL 36633-1908
                                                Phone:  251-690-9300
                                                Fax:    251-690-9311
                                                Jds@dodsonsteadman.com
                                                Attorney for Defendant
                                                Settlement Capital Corporation

**CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 19th day of December, 2005, served a true and correct copy of the foregoing upon all parties to this cause, or their attorneys of record, by placing same in the United States Mail, postage prepaid, and addressed to their regular mailing addresses as follows:

J. Knox Argo, Esq.
6706 Taylor Circle
Montgomery, AL 36117
know@jknoxargopc.com

James S. Christie, Jr., Esq.
Laura A. Palmer, Esq.
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203
lpalmer@bradleyarant.com

D. Wayne Rogers, Jr., Esq.
John D. Gleissner, Esq.
ROGERS & ASSOCIATES
Suite 650
Birmingham, AL 35244
wrogers1@spt.com

Joseph H. Young, Esq.
HOGAN & HARTSON, LLP
111 S. Calvert St., Suite 1600
Baltimore, MD 21202
jhyoung@hhlaw.com

                                                                  /s/ Joseph D. Steadman
                                                                  Of Counsel