IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DANIEL REEVES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-939-MEF |
| ) | |
| SETTLEMENT CAPITAL ) | |
| CORPORATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion to Amend Answer (Doc. #14) filed on December 9, 2005, it is hereby

ORDERED that the motion is GRANTED. The amended answer shall be filed on or before January 16, 2006.

DONE this the 10th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE