**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 13, 2006

# NOTICE OF CORRECTION

**From:**            **Clerk's Office**

**Case Style:**      **Robert Daniel Reeves v. Settlement Capital Corp., et al.**

**Case Number:**     **#2:05-cv-00939-MEF**

**Referenced Document:**  **Document #25**
**First Amended Answer to Plaintiff's Complaint**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf (certificate of service) did not contain an electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**