IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT DANIEL REEVES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. **2:05-cv-939-ID-VPM** |
| | ) |
| SETTLEMENT CAPITAL CORP., | ) |
| TRAVELERS LIFE AND ANNUITY CO., | ) |
| THE TRAVELERS LIFE INSURANCE | ) |
| CO., THE TRAVELERS INDEMNITY | ) |
| CO., and TRAVELERS PROPERTY | ) |
| CASUALTY CORP., | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF DEPOSITION**

TO:      J. Knox Argo, Esq.
             6706 Taylor Circle
             Montgomery, AL 36117
             know@jknoxargopc.com

             James S. Christie, Jr., Esq.
             Laura A. Palmer, Esq.
             Bradley Arant Rose & White
             1819 Fifth Avenue North
             Birmingham, AL 35203
             lpalmer@bradleyarant.com

             D. Wayne Rogers, Jr., Esq.
             John D. Gleissner, Esq.
             ROGERS & ASSOCIATES
             Suite 650
             Birmingham, AL 35244
             wrogers1@spt.com

             Joseph H. Young, Esq.
             HOGAN & HARTSON, LLP
             111 S. Calvert St., Suite 1600
             Baltimore, MD 21202
             jhyoung@hhlaw.com

DEPONENT: **ROBERT DANIEL REEVES**

DATE: March 3, 2006

TIME: 11:00 a.m.

LOCATION: Office of Knox Argo, Esq.
6706 Taylor Circle
Montgomery, AL 36117

Please take notice that the attorney for the Defendant, SETTLEMENT CAPITAL CORPORATION, will take the deposition of ROBERT DANIEL REEVES at the time, date and location indicated above, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before an officer duly authorized to administer oaths and swear witnesses. You are invited to attend and cross examine.

Deponent is requested to bring the following documents to the deposition:

1. Plaintiff's Initial Disclosures and documents identified therein.

2. All documents related to any transaction between Plaintiff and Settlement Capital Corporation.

/s/ Joseph D. Steadman
JOSEPH D. STEADMAN (STE084)
Attorney for Defendant Settlement Capital Corp.

OF COUNSEL:

DODSON & STEADMAN, P.C.
Post Office Box 1908
Mobile, Alabama 36633-1908
Telephone: (251) 690-9300

CERTIFICATE OF SERVICE

I hereby certify that I have on this 24th day of February, 2006, served a true and correct copy of the foregoing upon all parties to this cause, or their attorneys of record, by U.S. Mail as follows:

J. Knox Argo, Esq.
6706 Taylor Circle
Montgomery, AL 36117
know@jknoxargopc.com

James S. Christie, Jr., Esq.
Laura A. Palmer, Esq.
Bradley Arant Rose & White
1819 Fifth Avenue North
Birmingham, AL 35203
lpalmer@bradleyarant.com

D. Wayne Rogers, Jr., Esq.
John D. Gleissner, Esq.
ROGERS & ASSOCIATES
Suite 650
Birmingham, AL 35244
wrogers1@spt.com

Joseph H. Young, Esq.
HOGAN & HARTSON, LLP
111 S. Calvert St., Suite 1600
Baltimore, MD 21202
jhyoung@hhlaw.com

/s/ Joseph D. Steadman
OF COUNSEL